**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ronald C. FISH, a law corporation, | ) | No. CIV 03-0067-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Thomas G. WATKINS, III, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court are Plaintiff's Motion to File Surreply (Doc. No. 133) and Defendants' Motion to Strike (Doc. No. 134). Plaintiff filed a Declaration in Opposition to Motion to Strike Surreply on May 19, 2006 (Doc. No. 135).

## I.  MOTION TO STRIKE

Defendants move this Court to strike Plaintiff's Motion to File Surreply because the font used by Plaintiff in the Memorandum is smaller than Local Rule 7.1(b)(1) of the Rules of Practice of the United States District Court for the District of Arizona allows.  Defendants emphasize that Plaintiff was previously warned by this Court in an Order filed November 26, 2003 that "any document filed with this Court that is not in compliance with the Local Rules of United States District Court for the District of Arizona will be stricken with no leave to amend" (Doc. No. 60) and once again warned in an Order issued on February 21, 2006, that "further noncompliance" would not be tolerated (Doc. No. 121).  In response, Plaintiff filed a Declaration in Opposition to Motion to Strike Surreply.  In the Declaration, Cami J.

1  Smurphat stated that she prepared the motion using the correct sized font and then scanned
2  it, saved it in a pdf file, and e-mailed it to the Court. However, the plain appearance of the
3  document, as well as a comparison of the font size used in Plaintiff's Declaration (Doc. No.
4  135) and the font size used in Plaintiff's Motion to File Surreply (Doc. No. 133), directly
5  contradicts Ms. Smurphat's statement. Despite repeated warnings, Plaintiff has failed to
6  comply with the Court's previous Orders and the Local Rules. Accordingly,

7  **IT IS ORDERED** that Defendants' Motion to Strike (Doc. No. 134) is **GRANTED**.

8  **IT IS FURTHER ORDERED** that Plaintiff's Motion to File Surreply (Doc. No. 133)
9  will be stricken from the Court's docket without leave to amend.

10  **IT IS FURTHER ORDERED** that the Clerk of Court shall remove Plaintiff's Motion
11  to File Surreply (Doc. No. 133) from the Court's docket and return all documents associated
12  with this filing to counsel for Plaintiff.

13  DATED this 9th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge